GERTRUDE A. FORMAN, Respondent, *v.* WILLIAM H. YOUNG, Appellant, Impleaded with Others.

*Forman* v. *Young*, 166 App. Div. 815, affirmed.

(Argued November 1, 1917; decided November 20, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to procure à construction of the will of Anna P. Burgess. Among the allegations of the complaint was one to the effect that the testatrix had devised to the plaintiff and to her two sons the premises known as No. 168 East Seventy-ninth street, and that it was the intention of the testatrix that the devisees should take the property free and clear of a purchase-money mortgage thereon given by the testatrix when she bought the property at a sale made by a trustee appointed by the Supreme Court to execute the unexecuted trusts under the will of her father, John S. Young. The defendant William H. Young, who is a grandson of John S. Young, set up in his answer, by way of a partial defense, a claim to an undivided interest in the premises by virtue of a devise in the will of his grandfather, which interest he alleged had not been divested by the attempted sale to Mrs. Burgess. The validity of that sale was the sole issue on appeal.

*John J. Crawford* for appellant.

*Harold Swain, Hamilton C. Rickaby* and *David B. Simpson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.